AO 91 (Rev 5/85) Criminal Complaint

# United States District Court

**Northern** DISTRICT OF **New York**

U.S. MAGISTRATE JUDGE - N.D. OF N.Y.
**FILED**
JUL 10 2005
AT _____ O'CLOCK _____
HON. LARRY A. KUDRLE

**UNITED STATES OF AMERICA**

V.

## CRIMINAL COMPLAINT

Name: Alberto ULLOA-Jimenez
Address:

CASE NUMBER: 05-m-263 LAK

Birthdate: 06/07/1984

(Name and Address of Defendant)

Northern

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **July 8, 2005** in **Clinton** county, in the **Northern** District of **New York** defendant(s) did, (Track Statuatory Language of Offense)

being an alien, entered the United States at a time and place other than designated by U.S. Immigration Officals, to wit; that on or about July 8, 2005, defendant Alberto ULLOA-JIMINEZ, an alien, entered the United States near Champlain, New York, on foot from Canada and did not report to the nearest port of entry as required by law.

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

On 07/08/05 at approximately 2140 hrs. Champlain Agents received a call from Swanton Sector dispatch stating that he had a visual on camera of three individuals walking south from the U.S./Canada Border west of the Champlain P.O.E. Agents responded to the area and began looking for the subjects. After a brief search of the area Agents spotted the three subjects and attempted to apprehend them. The subjects began to flee into a field to the west of the agents position. With coordination from Dispatch and the view from the camera the agents apprehended three subjects hiding in various spots near the field. Agents identified themselves as Border Patrol Agents and questioned the individuals as to their citizenship. All three subjects admitted to being citizens and nationals of Costa Rica without documentation to be or remain in the United States.

Continued on the attached sheet and made a part hereof:   [ ] Yes   [X] No

_____
Signature of Complainant
BRIAN Jefferson

Sworn to before me and subscribed in my presence.

**July 10, 2005** at **U.S. Magistrate Judge**
Date                                                City and State

**Larry A. Kudrle, U.S. Magistrate Judge**
Name & Title of Judicial Officer            Signature of Judicial Officer